**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leon Clifford FOSTER, Defendant–Appellant.**

**No. 89–10405.**

United States Court of Appeals, Ninth Circuit.

June 11, 1997.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that, pursuant to Circuit Rule 35–3, this case be withdrawn from the merits panel and heard by the en banc court.